UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:18-CV-12412-DJC

| | |
|---|---|
| JONATHAN MULLANE,<br><br>*Plaintiff,*<br>v.<br><br>ZURICH AMERICAN<br>INSURANCE COMPANY and<br>A MEDIUM CORPORATION,<br><br>*Defendants.* | Removed from the Massachusetts<br>Superior Court, Business Litigation Session<br>Docket No. 1884-CV-03512 |

## PLAINTIFF'S SUPPLEMENTAL CITATION

PLEASE TAKE NOTICE of the following two (2) supplemental authorities in connection with the February 27, 2019 hearing before the Honorable Judge Denise J. Casper in the above-captioned matter:

### I.  Dempsey v. Chambers, 154 Mass. 330, 334 (1891).

At the subject hearing, Plaintiff Jonathan Mullane (hereinafter, "Plaintiff") contended that, in Massachusetts, a principal's "ratification" of unauthorized conduct by a third party acting under "apparent authority" makes the principal liable for any and all conduct of the third party *ab initio.*[1] Although admittedly dated, it would appear that the last time this proposition was reached by the Supreme Judicial Court ("SJC") was in Dempsey v. Chambers, 154 Mass. 330, 334 (1891).

---

[1] The relevance hereof being that, once Defendant Zurich American Insurance Company ("Zurich")—the "principal"—had "ratified" the unlawful and unauthorized conduct of Goex, it is of no consequence that Plaintiff was defrauded **prior** to Zurich's ratification, as "apparent authority" liability is imposed *ab initio* (i.e., the precise moment in time that Goex began

The <u>Dempsey</u> Court explained, in pertinent part:

> "We have found hardly anything in the books dealing with the precise case, but we are of opinion that consistency with the whole course of authority requires us to hold that the defendant's ratification of the employment established the relation of master and servant from the beginning, with all its incidents, including the anomalous liability for his negligent acts. **The ratification goes to the relation, and establishes it *ab initio*. The relation existing, the master is answerable for torts which he has not ratified specifically, just as he is for those which he has not commanded, and as he may be for those which he has expressly forbidden.**" (Citations omitted) (emphasis supplied).

<u>Dempsey</u>, <u>supra</u>, has never been overruled or superseded, and presently reflects the common law rule in this Commonwealth.

## II. <u>Nims v. Mount Hermon Boys' Sch.</u>, 160 Mass. 177, 182 (1893).

Citing <u>Dempsey</u>, <u>supra</u>, in <u>Nims v. Mount Hermon Boys' Sch.</u>, 160 Mass. 177, 182 (1893) the SJC explained, in pertinent part:

> "**If there was such a ratification, it carried with it the consequences which would have followed an original authority.** In <u>Dempsey v. Chambers</u>, 154 Mass. 330, 28 N.E. 279, it was held, after much consideration, that ratification of an unauthorized act would make the principal liable in an action of tort for an injury resulting from negligence of the agent in doing the act." (Emphasis supplied).

---

conducting business under a Zurich trade name). In the case at bar, Goex began conducting business under the Zurich trade name long before Plaintiff was defrauded, and long before Plaintiff had even heard of the fraudulent investment scheme.

Respectfully submitted,

_____
JONATHAN MULLANE,
Plaintiff *pro se*
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

DATED: March 3, 2019

## CERTIFICATE OF SERVICE

I, JONATHAN MULLANE, hereby certify under the pains and penalties of perjury that on March 3, 2019 I served copies of the foregoing Supplemental Citation via first class mail, postage prepaid, to Defendants as specified below:

| | |
|---|---|
| Michael Menapace, Esq. | Daniel Booth, Esq. |
| Wiggin and Dana LLP | Booth Sweet LLP |
| 20 Church Street | 32R Essex Street, Suite 1A |
| Hartford, CT 06103 | Cambridge, MA 02139 |
| Tel.: (860) 297-3733 | Tel.: (617) 250-8602 |
| mmenapace@wiggin.com | dbooth@boothsweet.com |

_____
JONATHAN MULLANE,
Plaintiff *pro se*
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

DATED: March 3, 2019